**Order entered March 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01466-CV

### DAVID LEMON, FA EDGEPOINT SERVICES, LLC, AND ORANGE LEAF VENTURES, LLC, Appellants

### V.

### STRAIT CAPITAL COMPANY, LTD., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08245**

## ORDER

We **REINSTATE** this appeal.

By order dated February 14, 2019, we abated this accelerated appeal for thirty days to allow the parties an opportunity to finalize a tentative settlement. Before the Court is appellants' March 15, 2019 unopposed motion requesting the appeal be abated for an additional fourteen days to allow the parties to finalize their settlement documents. We **GRANT** the motion as follows. We **ORDER** appellants to file, by **April 5, 2019**, either a motion to dismiss the appeal or their brief on the merits.

/s/      BILL WHITEHILL
         JUSTICE